IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| PATSY HODGE, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:10-cv-00026 |
| ) | Judge Nixon |
| v. ) | Magistrate Judge Knowles |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiff Patsy Hodge's Motion for Judgment on the Administrative Record (Doc. No. 10) ("Motion"), to which Defendant Commissioner of Social Security filed a Response (Doc. No. 13). Subsequently, Magistrate Judge Knowles issued a Report and Recommendation (Doc. No. 14) ("Report") recommending that the Motion should be denied and that the Commissioner's decision should be affirmed (*id.* at 23). The Report was filed on August 15, 2011, and neither party has raised any objections to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the \_\_\_\_3rd\_\_\_\_ day of September, 2011.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT